UNITED STATES of America,
Plaintiff–Appellee,

v.

Barry McCORMICK, Defendant–Appellant.

No. 01–7530.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 29, 2002.

Barry McCormick, Pro Se. John Stuart Bruce, United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Barry McCormick appeals from the district court's order denying McCormick's motion for modification of his criminal sentence imposed on his guilty plea to conspiracy related to distribution of crack cocaine. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. McCormick*, No. CR–94–39–HO (E.D.N.C. Filed Aug. 20, 2001; Entered Aug. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*